```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
GLOBAL MERCHANT CASH, INC.,                                       :
                                                                  :
                                    Plaintiff,                    :
                                                                  :         23-CV-10756 (JMF)
           -v-                                                    :
                                                                  :              ORDER
AVERY LUKE PENNINGTON et al.,                                     :
                                                                  :
                                    Defendants.                   :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On December 11, 2023, Defendants filed a notice of removal from the Supreme Court of New York, New York County. ECF No. 1. On December 12, 2023, Defendants filed an Answer setting forth several affirmative defenses. ECF No. 4. On December 13, 2023, Plaintiff filed a motion to remand the action to state court or, alternatively, to dismiss Defendants' affirmative defenses. ECF No. 7.

      In light of the upcoming holidays, it is hereby ORDERED that Defendants shall file any opposition to Plaintiff's motion by **January 5, 2024**. Plaintiff shall file any reply by **January 12, 2024**.

      The initial pretrial conference previously scheduled for January 24, 2024 is hereby ADJOURNED *sine die*.

      SO ORDERED.

Dated: December 14, 2023  
       New York, New York  
                                                                          JESSE M. FURMAN  
                                                              United States District Judge