UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
: 
GLOBAL MERCHANT CASH, INC., :
:
Plaintiff, :
: 23-CV-10756 (JMF)
-v- :
: ORDER
AVERY LUKE PENNINGTON et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' letter filed today, ECF No. 13, the Clerk of Court is directed to immediately REMAND this case back to the Supreme Court of New York, New York County, and to close the case on this Court's docket. Any pending motions and deadlines are moot. Any conferences in this Court are canceled.

      SO ORDERED.

Dated: January 4, 2024  
      New York, New York  
                                                JESSE M. FURMAN  
                                            United States District Judge